UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-14033-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRELL LAVERN REAVES,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on the Government's <u>Ore Tenus</u> Motion for No-Contact Order.

**THE COURT** has reviewed the record and is otherwise fully advised in the premises.

**THIS CASE** was referred to United States Magistrate Judge Shaniek M. Maynard, pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida. Magistrate Judge Maynard issued a Report and Recommendation [D.E. 934], which advises that the Government's <u>Ore Tenus</u> Motion for No-Contact Order be denied with respect to Amina Wilson and granted with respect to J.T. (whose full name is present in the record). Magistrate Judge Maynard did not recommend inclusion of any 1,000-foot limitation or specification in the no-contact order for J.T.

1

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties have 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court. Failure to file timely objections shall bar the Parties from a de novo determination by the District Court of issues covered in the Report and Recommendation and bar the Parties from attacking on appeal the factual findings contained therein. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**OBJECTIONS AND RESPONSES**

As of the date of this Order, the Parties have neither objected nor responded to the Report and Recommendation.

**THE COURT'S RULING**

After a careful review of the record, this Court affirms the Report and Recommendation because it demonstrates an exhaustive review of the record and makes findings consistent with the law. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation [D.E. 934] is **AFFIRMED, ADOPTED, AND RATIFIED** in its entirety and is incorporated herein by reference.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of May, 2018.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: United States Magistrate Judge Maynard

All Counsel of Record